**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **Q B E SYNDICATE 1036** | **CASE NO. 6:20-CV-00554** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **COMPASS MINERALS LOUISIANA INC.** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**JUDGMENT**

On November 2, 2020, United States Magistrate Judge Patrick J. Hanna issued a Report and Recommendation [ECF No. 21], recommending that the Motion to Dismiss Pursuant to the Abstention Doctrine [ECF No. 16] filed by Compass Minerals Louisiana Inc.'s ("Compass") be denied. On November 13, 2020, Magistrate Judge Hanna issued an Amended Report and Recommendation [ECF No. 25], again recommending that the motion be denied. After independent review of the record, and consideration of the objections filed, the Court hereby ADOPTS the findings and conclusions set forth therein. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Compass' Motion to Dismiss [ECF No. 16] is DENIED.

THUS DONE in Chambers on this 20th day of August, 2021.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**