UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| QBE SYNDICATE 1036 | § § | CIVIL ACTION NO. 6:20-CV-00554 |
| v. | § § | JUDGE SUMMERHAYS |
| COMPASS MINERALS LOUISIANA INC. | § § § | MAGISTRATE JUDGE WHITEHURST |

### JOINT STIPULATED FACTS

In support of their cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, Plaintiff/Counterclaim Defendant QBE Syndicate 1036 ("QBE") and Defendant/Counterclaim Plaintiff Compass Minerals Louisiana Inc. ("Compass") have agreed upon the following joint stipulated facts:

1. Compass is a Delaware corporation with its principal place of business in Kansas, and operations in the United States, Canada, and the United Kingdom.

2. Compass is part of a multi-national mineral company that owns and operates multiple salt mines in North America and the United Kingdom, including the Cote Blanche salt mine located on Cote Blanche Island in St. Mary Parish, Louisiana.

3. Salt is a mineral.

4. Compass employs the "drill-and-blast" mining method/technique at the Cote Blanch salt mine, which Compass describes on its website as follows: "The drill-and-blast mining method begins by cutting into the rock salt face using specialized equipment. We then drill holes into the face and use explosives to break the salt into large rocks. Front-end loaders and trucks load and haul the salt to a crusher where it is reduced in size, loaded onto a conveyor belt and transported to a mill. The mill screens and crushes the rock salt to the customary size before the

salt is hoisted to the surface."

5. Fire & Safety Specialists, Inc. ("FSS") is a Louisiana corporation located in Maurice, Louisiana.

6. MC Electric LLC ("MCE") is a Louisiana limited liability company located in Amelia, Louisiana.

7. On August 15, 2019, a fatal accident occurred at the Cote Blanche salt mine when an electrician employed by MCE, Shawn Clements, contacted an energized electrical circuit while attempting to install a new circuit for the fire suppression system at the salt mine.

8. The decedent's representatives filed a wrongful death and survival lawsuit against Compass and FSS, entitled *Clements, et al. v. Compass Minerals Louisiana, Inc., et al.*, pending in the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, No. 135048 (the "*Clements* Lawsuit"). The original petition for damages filed in the *Clements* Lawsuit is attached hereto as Exhibit "A."

9. The *Clements* Lawsuit alleges that Clements' employer, MCE, was hired by Compass to supply electrical support labor underground at Compass's salt mine. Specifically, as alleged in the *Clements* Lawsuit, Mr. Clements was assigned the job of running a new dedicated 120 VAC electrical circuit in the portion of the Cote Blanche salt mine referred to as the C-3 trench.

10. FSS and MCE performed work for Compass at the salt mine pursuant to Purchase Orders that Compass issued to them. A copy of the FSS purchase order is attached to hereto as Exhibit "B," and a copy of the MCE purchase order is attached hereto as Exhibit "C."

11. QBE issued a commercial general liability insurance policy to FSS bearing the Policy Number 19CGLN12380, for the period of May 28, 2019 to May 28, 2020 (the "FSS Policy"). A copy of the FSS Policy is attached hereto as Exhibit "D."

12. QBE issued a commercial general liability insurance policy to MCE bearing the Policy Number 18CGLN12138, for the period of December 31, 2018 to December 31, 2019 (the "MC Electric Policy"). A copy of the MCE Policy is attached hereto as Exhibit "E." (Collectively, the FSS Policy and the MCE Policy are referred to as the "Policies").

13. Compass did not pay any premiums for the Policies.

14. Paragraph 6 of the Terms and Conditions of Purchase section of each Purchase Order (the "Indemnification Provision") states:

> INDEMNIFICATION. TO THE EXTENT PERMITTED BY APPLICABLE LAW, SELLER SHALL INDEMNIFY, HOLD HARMLESS AND DEFEND COMPANY AND ITS AFFILIATE AND THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS, SHAREHOLDERS, INURERS, AGENTS AND REPRESENTATIVES (COLLECTIVELY, THE INDEMNIFIED PARTIES), FROM ALL CLAIMS, LIABILITIES, DAMAGES, SUITS, PROCEEDINGS, COSTS AND EXPENSES (INCLUDING REASONABLE ATTORNEYS FEES) (COLLECTIVELY, THE LOSSES), FOR ANY DAMAGE, INJURY, DEATH, LOSS OR DESTRUCTION OF ANY KIND RELATING TO OR ARISING OUT OF THE PERFORMANCE OR BREACH OF THIS AGREEMENT, INCLUDING WITHOUT LIMITATION, LOSS OR DAMAGE TO ANY PROPERTY OR INJURY TO OR DEATH OF ANY PERSON (INCLUDING, WITHOUT LIMITATION, SELLER, ITS EMPLOYEES, AND ITS AGENTS), WHETHER ARISING AS A WORKERS COMPENSATION CLAIM OR UNDER THEORIES OF NEGLIGENCE, TORT, STRICT LIABILITY, INTENTIONAL MISCONDUCT, OR FAULT OF ANY KIND. THE PARTIES AGREE THAT THE FOREGOING INDEMNIFICATION SHALL APPLY TO LOSSES INCURRED BY THE PARTIES IN CONNECTION WITH CLAIMS BETWEEN THEM.

15. Paragraph 7 of the Terms and Conditions of Purchase section of each Purchase Order (the "Additional Insured Provision") states in pertinent part:

> INSURANCE. . . . In advance of any work in connection with this Agreement and on Company's request, Seller shall provide Company with a certificate of insurance

naming Company as an additional insured on each of the policies required by this Agreement (other than Worker's Compensation and Employer's Liability). . . .

16. Via letter dated October 1, 2020, Compass sought from QBE defense, indemnity, and coverage under the MCE Policy for the *Clements* Lawsuit on the basis "there was in full force and effect a contract dated August 1, 2019 between Compass Minerals Louisiana Inc. and M.C. Electric, LLC which provides that M.C. Electric, LLC shall indemnify, hold harmless, and defend Compass Minerals Louisiana Inc. from all claims, liabilities, damage, injury, death, loss or destruction of any kind relating to or arising out of the performance or breach of the agreement, including without limitation, injury to or death of any person (including without limitation, M.C. Electric, LLC, its employees and its agents), whether arising as a workers compensation claim or under theories of negligence tort, strict liability, intentional misconduct, or fault of any kind." *See* Letter from Compass to MCE, attached hereto as Exhibit "F."

17. Via letter dated October 1, 2020, Compass sought from QBE defense, indemnity, and coverage under the FSS for the *Clements* Lawsuit on the basis that "there was in full force and effect a contract dated August 8, 2019 between Compass Minerals Louisiana Inc. and Fire & Safety Specialists, Inc. which provides that Fire & Safety Specialists, Inc. shall indemnify, hold harmless, and defend Compass Minerals Louisiana Inc. from all claims, liabilities, damage, injury, death, loss or destruction of any kind relating to or arising out of the performance or breach of the agreement, including without limitation, injury to or death of any person, whether arising as a workers compensation claim or under theories of negligence tort, strict liability, intentional misconduct, or fault of any kind." *See* Letter from Compass to FSS dated October 1, 2020, attached hereto as Exhibit "G."

18. FSS invoiced Compass on August 31, 2019 via Invoice Number 0095459-IN for the services provided on August 15, 2019 for the semi-annual inspection of service work areas C-

3, C-18, and MCC room fire suppression systems covered by Purchase Order No. 19653362. *See* FSS Invoice Number 0095459-IN, dated 8/31/2019, attached hereto as Exhibit "H."

19. MCE invoiced Compass on September 6, 2019 via Invoice No. 0111199 for underground electrical support provided in response to Purchase Order No. 19653243. *See* MCE Invoice Number 0111199, dated 9/6/2019, attached hereto as Exhibit "I."

Dated July 5, 2022.

Respectfully submitted,

BY: */s/ Jeremy T. Grabill*
Jeremy T. Grabill (Bar #34924)
Lindsay J. Calhoun (Bar #35070)
Ashley W. Hinton (Bar #35171)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: jeremy.grabill@phelps.com
          lindsay.calhoun@phelps.com
          ashley.hinton@phelps.com

**Attorneys for QBE Syndicate 1036**

- and -

BY: */s/ Dominic J. Gianna*
Dominic J. Gianna, La. Bar No. 6063
John D. Person, La. Bar No. 10531
Anna A. Rainer, La. Bar No. 31531
**AARON & GIANNA, PLC**
A Professional Law Corporation
201 St. Charles Avenue, Suite 3800
New Orleans, Louisiana 70170
Tel: (504) 569-1800
Fax: (504) 569-1801
Email: dgianna@aarongianna.com
          jperson@aarongianna.com
          arainer@aarongianna.com

**Attorneys for Compass Minerals Louisiana Inc.**