UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **QBE SYNDICATE 1036** | § | **CIVIL ACTION NO. 6:20-CV-00554** |
| | § | |
| v. | § | **JUDGE SUMMERHAYS** |
| | § | |
| **COMPASS MINERALS LOUISIANA INC.** | § | **MAGISTRATE JUDGE WHITEHURST** |
| | § | |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that Plaintiff/Counterclaim Defendant QBE Syndicate 1036 hereby appeals to the United States Court of Appeals for the Fifth Circuit the Final Judgment issued by the District Court in this matter on January 12, 2023 (Rec. Doc. 56), and the antecedent December 16, 2022 Memorandum Ruling (Rec. Doc. 51) and Order (Rec. Doc. 52) upon which the Final Judgment is based. This appeal is timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days of the January 12, 2023 Final Judgment.

Respectfully submitted,

BY:    /s/ Jeremy T. Grabill
        Jeremy T. Grabill (Bar #34924)
        Lindsay J. Calhoun (Bar #35070)
        Ashley W. Hinton (Bar #35171)
        *PHELPS DUNBAR LLP*
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: jeremy.grabill@phelps.com
               lindsay.calhoun@phelps.com
               ashley.hinton@phelps.com

**Attorneys for QBE Syndicate 1036**

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on February 1, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF filing system, which will serve a copy of the forgoing and send a notice of electronic filing to all counsel of record.

*/s/ Jeremy T. Grabill*